IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GINA GILBREATH                                                                           PLAINTIFF

v.                                      CIVIL NO. 2:16-cv-2278-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                      DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 10th day of March, 2017.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE