IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GINA GILBREATH                                                                          PLAINTIFF

      v.                    CIVIL NO. 2:16-cv-2278-MEF

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                          DEFENDANT

## **J U D G M E N T**

Plaintiff, Gina Gilbreath, appealed the Commissioner's denial of benefits to this Court. On March 10 2017, the Court remanded Plaintiff's case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings. ECF No. 12. Following remand, the ALJ issued a favorable decision finding Plaintiff entitled to benefits on October 2, 2017. ECF No. 14-1. The Defendant now moves for the entry of a final judgment affirming the Agency's fully favorable decision. ECF. No. 13. Plaintiff does not oppose the motion.

When a Court remands a case pursuant to sentence six and retains jurisdiction pending completion of the administrative proceedings, entry of a final judgment is delayed until after the post-remand agency proceedings have been completed and the agency's results have been filed with the court. *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993). As all proceedings on remand have been completed and an administrative decision favorable to Plaintiff has been issued, entry of Judgment affirming the Agency's decision is appropriate.

Accordingly, we hereby affirm the favorable decision of the Commissioner and dismiss Plaintiff's complaint. **The parties have 60 days from entry of this Judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable," i.e., 30 days after the 60-day time for appeal has ended. *Id.* at 296; 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 11th day of October, 2017.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE